IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                         Plaintiff,

    v.

VICTORIA BIKS,

                         Defendant.

ORDER

06-cr-168-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

An amended preliminary order of forfeiture was entered in this case on May 11, 2017. On June 2, 2017, BMO Harris Bank, N.A. wrote to the court, noting areas in which it thought there were inaccuracies in the amended order and suggesting that it might be appropriate for the court to issue a supplemental order. I do not intend to issue such an order at this time, but will do so if the government agrees with BMO Harris that a revised order is necessary.

Entered this 8th day of June, 2017.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

1